IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION



BATHEL A. CUPPLES                                  PLAINTIFF

v.                    NO. 5:04CV00340 JMM

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                          DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment will be entered affirming the final determination of the Commissioner and dismissing Plaintiff's complaint, with prejudice.

IT IS SO ORDERED this 13 day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE